IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-427-BR

| | |
|---|---|
| JOHANNA FINAZZO, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | <u>O R D E R</u> |
| ) | |
| TOYS "R" US-DELAWARE, INC., ) | |
|     Defendant. ) | |

This matter is before the court upon defendant's notice of suggestion of bankruptcy. Because defendant's filing of the petition in bankruptcy operates as a stay of this case and because the bankruptcy proceeding will likely take a significant period to resolve, the Clerk is DIRECTED to administratively close this case, subject to the same being reopened upon motion of either party.

This 22 September 2017.

_____
W. Earl Britt
Senior U.S. District Judge